UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Seleana Mae Lozano                              Docket No. 4:22-CR-68-3M

## Petition for Action on Conditions of Pretrial Release

COMES NOW Jason D. Cole, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Seleana Mae Lozano, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 31st day of October 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After the defendant's initial appearance on October 31, 2022, the defendant tested positive for marijuana and cocaine via instant urine screen. Lazono readily admitted to using these substances on October 30, 2022. Additionally, she admitted to having an addiction to fentanyl and using suboxone. Although this drug use occurred prior to her being placed on pretrial supervision, Lozano agreed that she could benefit from substance abuse treatment and agreed to attend as directed. The defendant's attorney and the Assistant U.S. Attorney have been advised of the proposed modification, and they have not voiced an objection.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jason D. Cole
Jason D. Cole
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2348
Executed On: November 3, 2022

## ORDER OF THE COURT

Considered and ordered the __3rd__ day of __November__, 2022, and ordered filed and made part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge