ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Seleana Mae Lozano                                   Docket No. 4:22-CR-68-3M

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Seleana Mae Lozano, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 31st day of October 2022.

On November 3, 2022, A Petition for Action was filed after the defendant tested positive for marijuana and cocaine on October 31, 2022. Notably, Lozano admitted that she consumed the substances on October 30, 2022, prior to her initial appearance. The defendant signed a Waiver of Hearing agreeing to attend substance abuse treatment as directed. The defendant's attorney and the Assistant U.S. Attorney were advised of the proposed modification. The court agreed to continue supervision.

On January 31, 2023, a Violation Report was submitted after the defendant tested positive for marijuana, cocaine, and amphetamine use on January 12, 2023. Lozano admitted to using CBD "pens" and purchasing unprescribed pills from a friend to combat her fentanyl addiction. The defendant was verbally reprimanded and counseled about her actions. The court agreed to continue supervision to allow her time to engage in substance abuse treatment and a suboxone program.

The defendant appeared before Richard E. Myers II, Chief United States District Judge, for arraignment on the 25th day of April, 2023, and supervision was continued under existing conditions. Sentencing is currently set for January 12, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 17, 2023, the defendant committed the criminal offenses of Felony Breaking and/or Entering and Felony Larceny in Martin County, North Carolina (23CR483906). These charges remain pending.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Seleana Mae Lozano
Docket No. 4:22-CR-68-3M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Orlando M. Roberts<br>Orlando M. Roberts<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2337<br>Executed On: December 20, 2023 |

**ORDER OF THE COURT**

Considered and ordered the 21st day of December, 2023, and ordered filed and made part of the records in the above case.

_/s/ Richard E. Myers II_
Richard E. Myers II
Chief United States District Judge