UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Seleana Mae Lozano**                    **Docket No. 4:22-CR-68-3M**

### Petition for Action on Probation

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Seleana Mae Lozano, who, upon an earlier plea of guilty to Distribution of a Quantity of Fentanyl and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on January 12, 2024, to 5 years probation under the conditions adopted by the court.

On September 19, 2024, a Violation Report was submitted advising that the defendant admitted to using methamphetamine. Supervision was continued, and Lozano completed residential substance abuse treatment, and continued outpatient substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The court ordered Lozano to comply with the Home Detention Program with Location Monitoring for a period not to exceed 3 years as a part of the 5-year term of probation. Lozano has been on the program for approximately 27 months and has complied. Additionally, the defendant is employed full-time, has two minor children, and her mother has had medical complications which require Lozano's assistance. The defendant's housing is stable in the Williamston, North Carolina, area, and she is attending outpatient substance abuse treatment and suboxone-reduction treatment. The probation office respectfully requests that the court strike the remaining term of the Home Detention Program with Location Monitoring from the conditions of probation.

**PRAYING THAT THE COURT WILL ORDER** that the remaining term of the Home Detention Program with Location Monitoring be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dewayne L. Smith                      /s/ Matthew A. Fmura
Dewayne L. Smith                          Matthew A. Fmura
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          150 Reade Circle
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2345
                                          Executed On: April 1, 2026

Seleana Mae Lozano
Docket No. 4:22-CR-68-3M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___2ᵈ___ day of ___April___, 2026, and ordered filed and made a part of the records in the above case.

_Richard E. Myers II_
Richard E. Myers II
Chief United States District Judge